**Opinion issued August 30, 2024**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-24-00163-CV

_____

**EDWARD WILLIAMS AND ETHEL WILLIAMS, Appellants**

**V.**

**CATAMOUNT PROPERTIES 2018, LLC, Appellee**

---

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Case No. 1217703**

---

## MEMORANDUM OPINION

Appellants, Edward Williams and Ethel Williams, filed a notice of appeal from the trial court's February 15, 2024 order. Appellants have failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief).

The clerk's record was filed on March 20, 2024, and on April 15, 2024, the court reporter notified the Court that no record was taken in this case. Accordingly, appellants' brief was due to be filed on or before May 16, 2024. *See* TEX. R. APP. P. 38.6(a). Appellants did not file an appellants' brief.

On August 15, 2024, the Clerk of this Court notified appellants that this appeal was subject to dismissal unless a brief, or a motion to extend time to file a brief, was filed within ten days of the notice. *See* TEX. R. APP. P. 38.8(a) (governing failure of appellant to file brief), 42.3(b) (allowing involuntary dismissal of appeal for want of prosecution), 42.3(c) (allowing involuntary dismissal of case for failure to comply with notice from Clerk of Court). Despite the notice that this appeal was subject to dismissal, appellants did not adequately respond to the August 15, 2024 notice.

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Hightower and Countiss.